UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Tony O'Manley Whisenhunt, ) | Civil Action No.: 8:15-cv-00173-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On May 3, 2016, Plaintiff filed a motion for attorney's fees, costs, and expenses pursuant to the Equal Access to Justice Act,[1] asserting the position taken by Defendant in this action was not substantially justified. *See* ECF No. 20. On May 18, 2016, the parties filed a joint stipulation wherein Plaintiff's motion was withdrawn and they agreed to an award of attorney's fees in the amount of $4,500.00 and expenses in the amount of $16.00. *See* ECF No. 21. The joint stipulation provides that the attorney's fees awarded should be paid to the claimant, not his attorney, and would be subject to the Treasury Offset Program[2] if the claimant owes an outstanding debt to the federal government. *See id.*

After careful consideration, the Court **ORDERS** Defendant to pay the following: (1) attorney's fees in the amount of $4,500.00, subject to the Treasury Offset Program provision in the parties' joint stipulation; and (2) expenses in the amount of $16.00. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the attorney's fees and expenses will be paid directly to the claimant and mailed to his attorney, with a copy sent to the claimant.

---

[1] 28 U.S.C. § 2412(d).

[2] 31 U.S.C. § 3716.

**IT IS SO ORDERED.**

|  |  |
|---|---|
| May 19, 2016 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
|  | United States District Judge |